Judith Lynn Stenroos, Respondent, v William A. Maecker, Appellant.

Decided June 6, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies to the Court of Appeals from the order of County Court affirming the Silver Creek Village Court judgment (*see* NY Const, art VI, § 3 [b]; CPLR 5601).